No. 966.  HAMMAN ET UX. *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.  *Herbert L. Faulkner* for petitioners.  *Solicitor General Cox, Assistant Attorney General Oberdorfer* and *Joseph M. Howard* for the United States.

No. 969.  REYNOLDS *v.* UNITED STATES.  C. A. 2d Cir. Certiorari denied.  *Frederick M. Schlater* and *Arthur E. McInerney* for petitioner.  *Solicitor General Cox* and *Assistant Attorney General Oberdorfer* for the United States.

No. 973.  BATH *v.* MASSACHUSETTS.  Sup. Jud. Ct. Mass.  Certiorari denied.  *George H. Mason* for petitioner.  *Edward W. Brooke,* Attorney General of Massachusetts, and *Warren K. Kaplan,* Assistant Attorney General, for respondent.

No. 990.  GALAMISON ET AL. *v.* NEW YORK.  C. A. 2d Cir.  Certiorari denied.  *William M. Kunstler, Arthur Kinoy, William H. Booth, Stanley Faulkner, Paul O'Dwyer, Leon Quat, Oliver C. Sutton, Percy Sutton, Philip Roache* and *Charles T. McKinney* for petitioners. *Louis J. Lefkowitz,* Attorney General of New York, *Mortimer Sattler,* Assistant Attorney General, *Frank D. O'Connor, Isidore Dollinger, Harvey B. Ehrlich, Irving Anolik, Frank S. Hogan* and *H. Richard Uviller* for respondent.

No. 891.  WYMAN, COURT-APPOINTED COUNSEL FOR ZUNIGA *v.* ILLINOIS.  Sup. Ct. Ill.  Motion to dispense with printing petition for writ of certiorari granted.  Certiorari denied.  Petitioner *pro se.*  *Daniel P. Ward* and *Edward J. Hladis* for respondent.